IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
        vs.                         )     **Criminal Number 04-27E**
                                    )
    Gina Sudul                      )


The above named defendant satisfied the judgment of January 25, 2005 by paying on August 31, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  9-6-05
**Deputy Clerk**                              **Date**