Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL - 3 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S.A. vs. GINA MARIE SUDUL

Docket No. 04-00027-001 ERIE

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of GINA MARIE SUDUL, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 25th day of January 2005, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- The defendant shall pay any restitution balance through monthly installments of not less than 10 percent of her monthly gross income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.
- The defendant shall participate in a mental health treatment program approved by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay $76,883.78 in restitution to Tussey Mountain Log Homes, Incorporated, ($65,883.78) and Erie Insurance Group ($11,000).
- The defendant shall be placed on home detention for a period of 5 months, to commence within 30 days of release from imprisonment. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.
- The defendant is to pay the cost of the electronic monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the electronic monitoring shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval.
- The defendant shall cooperate in the collection of DNA as directed by the probation officer.
- The defendant shall pay a special assessment of $100.

01-25-05:    Wire Fraud; 5 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release.

08-12-05:    Released to supervision; Currently supervised by Senior U. S. Probation Officer David J. Conde.

U.S.A. vs. GINA MARIE SUDUL
Docket No. 04-00027-001 ERIE
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that Ms. Sudul was ordered by the Court to pay $76,883.78 in restitution to Tussey Mountain Log Homes, Incorporated, ($65,883.78) and Erie Insurance Group ($11,000). The rate of payment of restitution is 10 percent of the releasee's gross monthly income. Ms. Sudul has paid $1,123.17 as of June 26, 2008. A balance of $75,760.61 remains. Ms. Sudul has been gainfully employed during several periods of the supervised release and has adhered to the payment schedule established in this case when employed. At this time, Ms. Sudul does not have the ability to pay the balance of the restitution in full by the expiration of her term of supervised release on August 11, 2008.

**PRAYING THAT THE COURT WILL ORDER** that the term of supervised release imposed at Criminal No. 04-00027-001 ERIE be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

Executed on   July 3, 2008

_____
David J. Conde
Senior U.S. Probation Officer

_____
Stephen A. Lowers
Supervising U.S. Probation Officer

Place:   Erie, PA.